UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRADBURN, SR.,<br><br>Plaintiff,<br><br>v.<br><br>C R BARD INCORPORATED, et al.,<br><br>Defendants. | Case No. 1:20-cv-00437-DAD-BAM<br><br>**ORDER GRANTING MOTION TO WITHDRAW DAVID W. BAUMAN AS ATTORNEY OF RECORD**<br><br>(Doc. No. 26) |

Currently before the Court is a motion to withdraw David W. Bauman as counsel of record for Plaintiff James Bradburn, Sr. ("Plaintiff"). (Doc. No. 26.) Although entitled a motion to withdraw, the motion is in effect a notice of withdrawal and no noticed motion is required as Plaintiff continues to be represented by counsel in this matter. *See* Local Rule 182(d).

Accordingly, for good cause appearing, IT IS HEREBY ORDERED that counsel David W. Bauman is WITHDRAWN as counsel for record in this case. The Clerk of Court is directed to terminate Mr. Bauman as counsel for Plaintiff in the above-captioned matter.

IT IS SO ORDERED.

Dated:   **June 12, 2020**         /s/ *Barbara A. McAuliffe*   
                                UNITED STATES MAGISTRATE JUDGE