Shawtina F. Lewis (SBN 259255)
shawtina.lewis@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOROUGH LLP
19191 South Vermont Avenue, Suite 900
Torrance, CA 90502
Telephone: 424.221.7400
Facsimile: 424.221.7499

Matthew B. Lerner (admitted *pro hac vice*)
matthew.lerner@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th Street NW, Suite 1700
Atlanta, GA 30363
Telephone: 404.322.6158
Facsimile: 404.322.6050

Eric J. Buhr (SBN 217529)
ebuhr@reedsmith.com
Alexis A. Rochlin (SBN 280634)
arochlin@reedsmith.com
Kevin G. Lohman (SBN 222678)
klohman@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213.457.8000
Facsimile: +1 213.458.8080

Attorneys for Defendants
*C. R. Bard, Inc. and
Bard Peripheral Vascular, Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRADBURN,<br><br>            Plaintiff,<br><br>     v.<br><br>C. R. BARD INC., and<br>BARD PERIPHERAL VASCULAR, INC.,<br><br>            Defendants. | Case No.: 1:20-cv-00437-DAD-BAM<br><br>**JOINT MOTION TO STAY DISCOVERY AND ALL PRETRIAL DEADLINES & ORDER** |

The Parties to the above-captioned matter stipulate and jointly move this Court to stay this case and all actions in it for a period of 50 days, until August 17, 2020, to permit them to continue negotiations of a global settlement of this and all cases filed by Plaintiff's counsel in similar matters.  The Parties have scheduled a mediation on August 15 and 16 and believe a short stay is necessary to conserve their resources and attention so that they may attempt to resolve this case and the claims of other plaintiffs represented by Plaintiff's counsel.  Accordingly, the Parties jointly request that the Court enter a stay of this case through August 17, 2020, and extend or continue any existing deadlines or hearings impacted by the Parties' stay by 50 days, including the upcoming Scheduling Conference in this case.

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff's counsel in this matter represents approximately 400 plaintiffs with cases proceeding in this and other courts across the country[1] asserting similar claims against Defendants for injuries they contend arise out of their use of Defendants' IVC filters.  Plaintiff's counsel was actively involved in IVC filter litigation against Defendants both prior to the formation of the MDL and in the MDL, including actively participating in the bellwether trials.  Defendants have retained Chip Gaudreau of Greenberg Traurig as settlement counsel for their IVC filter cases; and Mr. Gaudreau has successfully resolved thousands of similar cases with other counsel representing similar plaintiffs.  Thus, Defendants and counsel for Plaintiff are well experienced in the claims and issues in these cases in order to successfully negotiate the resolution of such cases.

Counsel for the Parties have been engaged in focused discussions in an attempt to achieve a global settlement of the cases and claims of the plaintiffs represented by Plaintiff's counsel. Particularly given the state of national emergency and the closures of courts and offices (including the offices of counsel for the Parties) across the country, the Parties believe that they can best take advantage of the resulting delays by focusing their efforts on potential settlement discussions.

---

[1] Undersigned counsel for Plaintiff are also counsel of record in two other case in this District, *Cook v. C. R. Bard, Inc.*, No. 1:19-cv-01498-DAD-BAM (E.D. Cal.), and *LaLonde v. C. R. Bard, Inc.*, No. 1:19-cv-01516-DAD-BAM (E.D. Cal.). The Parties are filing motions in these cases concurrently with this Motion seeking a similar 50-day stay of proceedings.

1  Counsel for the Parties have been actively negotiating a potential settlement during the past
2  60 days, including the exchange of extensive information, medical records, and medical imaging,
3  to facilitate settlement discussions. Notwithstanding that fact and the Parties' diligence in working
4  cooperatively toward settlement, the process of collecting and reviewing medical records in
5  hundreds of cases is taking longer than originally anticipated because of hospital delays resulting
6  from COVID-19.  The Parties have scheduled a mediation on August 15 and 16 with a mediator
7  who has successfully mediated the settlement of numerous individual Bard IVC filter cases as well
8  as several large "group" settlements of such cases.  Thus, the Parties stipulate and jointly move
9  this Court to enter a stay of this case through August 17, 2020 to allow them to complete that
10 process. The Parties further request that the Court extend or continue any existing deadlines or
11 hearings impacted by the Parties' stay by 50 days, including the upcoming Scheduling Conference
12 in this case.

13  In the event that the Parties are not successful in resolving this matter by the end of the
14 proposed stay, they will meet and confer regarding whether any additional changes to the existing
15 scheduling order may be necessary in light of the delay and file a report and/or stipulation to amend
16 the scheduling order in this case.

17 DATED: July 2, 2020          Respectfully submitted,

18                              NELSON MULLINS RILEY & SCARBOROUGH LLP

20                              /s/ *Matthew B. Lerner*
                                Matthew B. Lerner (admitted pro hac vice)
21                              201 17th Street NW, Suite 1700
                                Atlanta, GA 30363
22                              Telephone: (404) 322-6158
                                Facsimile: (404) 322-6050
23                              matthew.lerner@nelsonmullins.com
                                Attorney for Defendants
24                              C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

DATED: July 2, 2020              Respectfully submitted,

DALIMONTE RUEB STOLLER, LLP

*/s/ Gregory Rueb (as authorized on 6/30/2020)*
Gregory Rueb
515 S. Figueroa St., Ste. 1550
Los Angeles, CA 90071
Telephone: (949) 375-6843
Facsimile: (855) 203-2035
greg@drlawllp.com
Attorney for Plaintiff
James Bradburn

**FILER'S ATTESTATION**

The undersigned filer attests that, pursuant to Civil L.R. 5-1(i)(3), concurrence in the filing of the document has been obtained from the other signatory to this document.

By: */s/ Shawtina F. Lewis*
Shawtina F. Lewis
Attorney for Defendants
C. R. Bard, Inc. and
Bard Peripheral Vascular, Inc.

**ORDER**

Having considered the parties' stipulation, the Court hereby GRANTS the parties' request. The Initial Scheduling Conference currently set for July 22, 2020, is hereby continued to **September 16, 2020 at 09:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. All discovery and pretrial deadlines in this action are hereby stayed until the Initial Scheduling Conference. The parties shall file a Joint Scheduling Report in full compliance with the requirements set forth in the Order Setting Mandatory Scheduling Conference at least one (1) full week prior to the Scheduling Conference. (*See* Doc. Nos. 11, 21.) The parties may appear at the conference by telephone with each party using the following dial-in number and access code: *dial-in number 1-877-411-9748; access code 3219139.* If the parties file a notice of settlement pursuant to Local Rule 160 prior to the conference, then the conference will be vacated. However, if the parties are unable to reach a settlement, then the conference will proceed.

IT IS SO ORDERED.

Dated: **July 2, 2020**            /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE