UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRADBURN, SR., <br><br> Plaintiff, <br><br> v. <br><br> C. R. BARD INC., and BARD PERIPHERAL VASCULAR, INC., <br><br> Defendants. | Case No.  1:20-cv-00437-DAD-BAM <br><br> **ORDER REGARDING JOINT REQUEST FOR ADDITIONAL TIME TO FILE DISPOSITIONAL DOCUMENTS** <br><br> (Doc. No. 34.) |

Upon consideration of the parties' joint request for additional time to file dispositional documents, and good cause appearing, IT IS HEREBY ORDERED that the joint request for additional time to file dispositional documents is GRANTED.  (Doc. No. 34.)  The deadline for the parties to file dispositional documents is extended for 90 days from the date of this Order.

IT IS SO ORDERED.

Dated:   **December 17, 2020**          /s/ *Barbara A. McAuliffe*       _
                                   UNITED STATES MAGISTRATE JUDGE

1